**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **MARIA DE LOS ANGELES GODOY CAZORLA,** ) ) ) )  | |
| **Petitioner,** ) ) | |
| **v.** ) ) | **Civil Action No. 25-13355-MJJ** |
| **FEDERAL BUREAU OF PRISONS,** ) ) | |
| **Respondent.** ) ) | |

**ORDER**

**JOUN, J.**

In her petition for habeas relief under 28 U.S.C. § 2241, federal prisoner Maria de los Angeles Godoy Cazorla challenges the Federal Bureau of Prisons' calculation of the custodial sentence included in the judgment against her in *United States v. Godoy Cazorla*, Crim. No. 22-10188-WGY (D. Mass.). She maintains that the BOP failed to apply (1) time served in a "concurrent" sentence imposed in United States District Court for the Northern District of Florida; and (2) time credits earned under the First Step Act.

Ms. Godoy Cazorla should have filed this petition in the federal judicial district of her confinement at the time--the United States District Court for the Northern District of Florida. *See Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (stating that, in general, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement"). However, because it appears Ms. Godoy Cazorla's petition is moot, the Court will dismiss this action rather than transfer it.

The docket of the criminal action in this Court indicates that, on December 9, 2025, Judge Young granted the government's motion to alter the judgment to reflect the Court's intent concerning the running of the two sentences consecutively or concurrently, thus mooting Ms. Godoy Cazorla's argument on that point. *See United States v. Godoy Cazorla*, Crim. No. 22-10188-WGY (D. Mass.) (ECF No. 220).[1]

The Court takes judicial notice that, according to the "Inmate Locater" page of the website of the BOP, https://www.bop.gov/inmateloc/, Ms. Godoy Cazorla (Register Number 14051-510) has not been in custody of the BOP since December 12, 2025. Thus, the claim concerning application of time credits earned under the First Step Act appears to be mooted.

Accordingly, this action is DISMISSED without prejudice.

**So Ordered.**

/s/ Myong J. Joun

Myong J. Joun
United States District Judge

March 30, 2026

---

[1] On August 9, 2024, Judge Young imposed a custodial sentence of twenty-nine months "to run concurrently and nunc pro tunc with sentence imposed in Northern District of Florida" followed by 24 months of supervised release. *United States v. Godoy Cazorla*, Crim. No. 22-10188-WGY (D. Mass.) [Doc. No. 153 at 2, 3]. In the amended judgment, Judge Young imposed a custodial sentence of two months "to be served consecutively to the sentence imposed against Defendant in the Northern District of Florida" followed by 24 months of supervised release. [Doc. No. 220 at 2, 3].